# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALERA FOOKSMAN, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07084-SK<br><br>**ORDER VACATING CURRENTLY SET DATES**<br><br>Regarding Docket No. 11 |

The parties have notified the Court that they have reached a settlement of this matter and expect to file a joint stipulation for dismissal with prejudice within 60 days. (Dkt. 11.) Accordingly, the Court HEREBY VACATES all dates currently set in this case, with the expectation that the parties will file a joint stipulation for dismissal within 60 days.

**IT IS SO ORDERED**.

Dated: January 6, 2020



SALLIE KIM
United States Magistrate Judge