CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Alan M. Phillips, Esq. (SBN: 054320)
alansmudson@yahoo.com
1000 Verde Rd.
Half Moon Bay, CA 94019
(650) 274-4824
Attorneys for Defendant
Mr. Chau's Restaurant Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br>v.<br><br>VALERA FOOKSMAN;<br>MARIA RUTENBURG;<br>MR. CHAU'S RESTAURANT, INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case No.: 3:19-CV-07084-SK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: January 31, 2020          CENTER FOR DISABILITY ACCESS


                      By:   /s/ Amanda Lockhart Seabock
                            Amanda Lockhart Seabock
                            Attorneys for Plaintiff

1 | Dated: January 31, 2020

By:   /s/ Alan M. Phillips
      Alan M. Phillips
      Attorneys for Defendant
      Mr. Chau's Restaurant Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Alan M. Phillips, counsel for Mr. Chau's Restaurant Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: January 31, 2020         CENTER FOR DISABILITY ACCESS

                        By:   /s/ Amanda Lockhart Seabock
                              Amanda Lockhart Seabock
                              Attorneys for Plaintiff